**E-FILED on** 9/28/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SERGIO PEREZ GONZALEZ,

Petitioner,

No. C-08-03916 RMW

JUDGMENT

ARNOLD SCHWARZENEGGER, Governor, BOARD OF PAROLE HEARINGS,

Real Parties In Interest.

On Sept. 27, 2012, the court granted respondent's motion to dismiss. Therefore, it is hereby adjudged that petitioner takes nothing by way of his petition and that judgment be entered in favor of respondent.

DATED: September 28, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT — No. C-08-03916 RMW